FLOOD v. EVENING POST PUBLISHING CO.

Ruled by preceding case of *Flood* v. *News and Courier Co.*

Before DANTZLER, J., Charleston, May, 1904.     Reversed.

Action by Augustus M. Flood against *Evening Post Publishing Co.* From Circuit order sustaining demurrer, plaintiff appeals.

*Messrs. Young & Young,* for appellants.     (Same citations as in case of Wood against *News and Courier Co.*)

*Mr. Wm. Henry Parker, Jr.,* contra, cites: *It is not libellous per se to apply to a white man the term "colored" or negro:"* 1 McC., 52; 18 Ency., 2 ed., 916, 917, note; 1 McM., 16; 28 Am. R., 580; 29 Fed. R., 828; 1 N. & McC., 349; 28 N. E. R., 692; 17 N. Y., 493; 4 So. R., 71; 28 So. R., 91; 53 N. C., 184; 4 Cranch, 235; 1 Dowl., 672; 1 McC., 203; Code 1902, 2158, 2821; Crim. Code, 293; 95 Am. Dec., 521.

March 15, 1905.     The opinion of the Court was delivered by

MR. CHIEF JUSTICE POPE. This case presents the precise question disposed of in the case of *Augustus Flood* v. *The News and Courier Company,* where the order sustaining the demurrer was reversed. Having overruled the demurrer in that case, it only remains for us, upon the authority of that case, to reverse the order sustaining the demurrer in this case.

The judgment of this Court is, that the judgment of the Circuit Court be reversed, where it sustained the demurrer in this case, and the action is remanded to the Circuit Court for such other proceedings as may be in accordance with law.

MESSRS. JUSTICES GARY, JONES and WOODS *concur in the result, as the complaint alleges that the publication was wilful and malicious.*